FILED
CLERK, U.S. DISTRICT COURT

SEP I 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
Plaintiff, ) CASE NO.  13-MJ-02565-DUTY
v. )
) ORDER OF DETENTION
)
AARON DEJON BELYEU, )
Defendant. )

## I.

A. ( )    On motion of the Government in a case allegedly involving:

1. ( )    a crime of violence.

2. ( )    an offense with maximum sentence of life imprisonment or death.

3. ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years .

4. ( )    any felony - where the defendant has been convicted of two or more prior offenses described above.

5. ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (X)    On motion by the Government / ( ) on Court's own motion, in a case

allegedly involving:

(x)   On the further allegation by the Government of:

1. (x)   a serious risk that the defendant will flee.

2. (  )   a serious risk that the defendant will:

    a. (  ) obstruct or attempt to obstruct justice.

    b. (  ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government (  ) is/ (  ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (x)   The Court finds that no condition or combination of conditions will reasonably assure:

1. (x)   the appearance of the defendant as required.

   (x)   and/or

2. (x)   the safety of any person or the community.

B. (  )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A. (✓)   As to flight risk: *Defendant has a history of failure to appear and limited bail resources.*

B. (✓)   As to danger: *Defendant has an extensive criminal history, including felony conviction.*

### VI.

A. ( )   The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

_____

_____

### VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1  sentences or being held in custody pending appeal.

2  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable

3      opportunity for private consultation with counsel.

4  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States

5      or on request of any attorney for the Government, the person in charge of

6      the corrections facility in which the defendant is confined deliver the

7      defendant to a United States marshal for the purpose of an appearance in

8      connection with a court proceeding.

9

10

11

12  DATED: _9·19.2013_

13                                    HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28